Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Dana B. Krulewitz
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Merry X-Ray Chemical Corporation*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JONES,<br><br>Plaintiff,<br><br>vs.<br><br>MERRY X-RAY CHEMICAL CORPORATION, a California Corporation,<br><br>Defendant. | Case No.: 2:15-cv-02385-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MERRY X-RAY CHEMICAL CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Merry X-Ray Chemical Corporation ("MXR"), by and through its undersigned counsel, Suzanne L. Martin and Dana B. Krulewitz, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff James Jones ("Plaintiff"), by and through his undersigned counsel, Michael P. Balaban, of the Law Offices of Michael P. Balaban agree to extend the time for Defendant to file a response to Plaintiff's Complaint. Plaintiff filed his Complaint on December 15, 2015. (Doc. # 1.) Defendant signed a Waiver of Service of Summons ("Waiver") on January 15, 2016. (Doc. # 6.) The Waiver indicates that Defendant's response is due on February 16, 2016. (*See id.*) The parties hereby agree to extend the time for Defendant to file a response to Plaintiff's Complaint up to and including March 8, 2016.

This request is made to allow Defendant time to review and research the facts and circumstances underlying Plaintiff's claims against Defendant. This request is not intended for purposes of delay and is not made in bad faith.

**IT IS SO STIPULATED:**

Dated this 15th day of February, 2016.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated this 15th day of February, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Dana B. Krulewitz
Suzanne L. Martin
Dana B. Krulewitz
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

February 26, 2016
Dated