Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Dana B. Krulewitz
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Merry X-Ray Chemical Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JONES,<br><br>              Plaintiff,<br><br>vs.<br><br>MERRY X-RAY CHEMICAL CORPORATION, a California Corporation,<br><br>              Defendant. | Case No.: 2:15-cv-02385-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MERRY X-RAY CHEMICAL CORPORATION TO FILE A REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>*(First Request)* |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Merry X-Ray Chemical Corporation ("MXR"), by and through its undersigned counsel, Suzanne L. Martin and Dana B. Krulewitz, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff James Jones ("Plaintiff"), by and through his undersigned counsel, Michael P. Balaban, of the Law Offices of Michael P. Balaban, agree to extend the time for MXR to file a Reply in support of its Motion for Partial Dismissal. MXR filed a Motion for Partial Dismissal of Plaintiff's Second, Third and Fourth Causes of Action on March 8, 2016.  (Doc. # 9.)   Plaintiff filed an Opposition on March 25, 2016.  (Doc. # 12.) Presently, MXR has up to and including April 4, 2016 to file a Reply.   The parties hereby agree to extend the time for MXR to file its Reply up to and including April 11, 2016.

1   This request is made to allow MXR time to review Plaintiff's Opposition and prepare an
2   appropriate Reply in light of Defendant's counsel's schedule. This request is not intended for
3   purposes of delay and is not made in bad faith.

**IT IS SO STIPULATED:**

Dated this 30th day of March, 2016.                Dated this 30th day of March, 2016.

LAW OFFICES OF MICHAEL P. BALABAN                  OGLETREE, DEAKINS, NASH, SMOAK
                                                   & STEWART, P.C.

/s/ Michael P. Balaban                             /s/ Dana B. Krulewitz
Michael P. Balaban, Esq.                           Suzanne L. Martin
10726 Del Rudini Street                            Dana B. Krulewitz
Las Vegas, NV 89141                                Wells Fargo Tower
*Attorney for Plaintiff*                           Suite 1500
                                                   3800 Howard Hughes Parkway
                                                   Las Vegas, NV  89169
                                                   *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

March 30, 2016
_____
Dated

2