Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JONES,<br><br>             Plaintiff,<br><br>  vs.<br><br>MERRY X-RAY CHEMICAL<br>CORPORATION, a California Corporation,<br><br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:15-cv-02385-JAD-PAL<br><br>STIPULATION TO CONTINUE EARLY<br>NEUTRAL EVALUATION SESSION |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record that the Early Neutral Evaluation Conference ("ENE") currently scheduled for Thursday, June 30, 2016 at 9:00 a.m. (ECF No. 17) will be continued to July 20, 2016 at 9:00 a.m. Plaintiff's counsel will be out of town attending the Nevada State Bar convention between June 30, 2016 and July 2, 2016.   Therefore, the parties agree that in light of the foregoing, a rescheduling of the ENE in this matter is appropriate.   This stipulation is not brought for the purposes of delay or any other improper purpose.

Accordingly, the parties respectfully request that the ENE be rescheduled for July 20, 2016 at 9:00 a.m. or at a time and date convenient for this Court.

LAW OFFICES OF MICHAEL P.        OGLETREE, DEAKINS, NASH
BALABAN                          NASH, SMOAK & STEWART, P.C.


___/s/ Michael P. Balaban, Esq._____     __/s/ Dana Salmonson, Esq._____
Michael P. Balaban, Esq.         Dana Salmonson, Esq.
10726 Del Rudini Street          3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89141             Las Vegas, NV 89169
Attorney for Plaintiff James Jones   Attorney for Defendant Merry X-Ray


ORDER

        IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on ___Wednesday, July 20___, 2016 at ___9:00 am.___         .      A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session.

        Written evaluation statements shall be submitted directly to my chambers, Room 3005, no later than 4:00 p.m.       on _____July 13,_____, 2016, which is seven (7) days prior to the ENE session pursuant to LR 16-6(f).

        Dated this __10th__ day of May, 2016.


                                        _____
                                        GEORGE FOLEY, JR.
                                        UNITED STATES MAGISTRATE JUDGE