Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Christopher J. Moran
Pennsylvania Bar No. 68142 (*admitted pro hac vice*)
moranc@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: 215.981.4169
Fax: 800.727.0243

*Attorneys for Defendant Merry X-Ray Chemical Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>MERRY X-RAY CHEMICAL CORPORATION, a California Corporation,<br><br>                Defendant. | Case No.: 2:15-cv-02385-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff James Jones and Defendant Merry X-Ray Chemical Corporation, a California Corporation, by their undersigned counsel who are duly authorized to enter into this Stipulation, having reached an agreement to resolve all outstanding

issues between them, hereby agree to dismiss all claims, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated this 2nd day of September, 2016.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff James Jones*

Dated this 2nd day of September, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Dana B. Salmonson
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

Christopher J. Moran (*admitted pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
*Attorneys for Defendant Merry X-Ray Chemical Corporation*

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated:  September 6, 2016.          UNITED STATES DISTRICT COURT JUDGE